IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DC ECHOLS, #165 602, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-643-TMH |
| | )              (WO) |
| H. RANDALL THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment is hereby entered in favor of Defendants and against Plaintiff, and that the above-styled action is DISMISSED with prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 7th day of October, 2008.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE